PROB 12C
(6/16)

Report Date: July 18, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 19, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Michael Laird            Case Number: 0980 2:08CR00119-RMP-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮, Evans, Washington 99126

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: April 27, 2009

| | |
|---|---|
| Original Offense: | Burglary of a United States Post Office, 18 U.S.C. § 2115 |

| | | |
|---|---|---|
| Original Sentence: | Prison - 27 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence<br>Date: June 30, 2015 | Prison - 6 months<br>TSR - 28 months | |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: June 8, 2016 |
| Defense Attorney: | Meredith B. Esser | Date Supervision Expires: October 7, 2018 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the Court and probation officer.<br><br>**Supporting Evidence**: On June 29, 2016, the offender failed to make contact with his supervising U.S. probation officer (USPO) as directed. On July 14, 2016, a letter was mailed to the address the offender provided directing Mr. Laird to report to the United States Probation Office on July 18, 2016, at 8:00 a.m., and the offender failed to report as directed. |
| 2 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.<br><br>**Supporting Evidence**: On July 15, 2016, the undersigned was advised by a friend of the offender's family that the offender had moved to Spokane approximately 2-4 weeks prior, and was no longer residing at the address he furnished to the United States Probation Office. |

Prob12C
Re: Laird, Christopher Michael
July 18, 2016
Page 2

3  **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On July 12, 2016, the offender failed to report to Alcohol Drug Education Prevention and Treatment (ADEPT) to submit a sample for random urinalysis testing.

4  **Standard Condition #3**: The defendant shall answer truthfully all inquiries of the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: The offender failed to provide the United States Probation Office with a complete and accurate residence address.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/18/2016

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[XX] The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

7/19/2016

Date